John P. FORSYTH *v.* STATE of Arkansas

631 S.W. 2d 304

Supreme Court of Arkansas
Opinion delivered April 12, 1982

*W. H. Taylor,* for appellant.

*Steve Clark,* Atty. Gen., for appellee.

PER CURIAM. Appellant, John P. Forsyth, by his attorney, has filed for a rule on the clerk.

His attorney, W. H. Taylor, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.